Matthew B. Baltierra, Bar #031174
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7355
Fax: (602) 200-7851
mbaltierra@jshfirm.com

Attorneys for Defendants Jack Lee Patton and
PLD Transport, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Alvaro E. Fernandez; a single man, and Maricela Reyes; a single woman,<br><br>Plaintiffs,<br><br>v.<br><br>Jack Lee Patton and Jane Doe Patton, husband and wife; PLD Transport, Inc., an Arkansas corporation; John Does 1-10; Jane Does 1-10; ABC partnerships 1-10; XYZ Corporations 1-10; Inclusive,<br><br>Defendants. | No. TBD<br><br>**Notice of Removal** |

Defendants Jack Lee Patton and PLD Transport, Inc. (collectively "Defendants"), through undersigned counsel, hereby file this Notice of Removal of this action to the United States District Court, for the District of Arizona and states as follows:

1. On or about December 3, 2021, Plaintiff filed a Complaint against Defendant in the Superior Court of Arizona, in and for the County of Pima, under the caption *"Alvaro Fernandez, et al., Individually v. PLD Transport, Inc., et al."* Defendant PLD Transport, Inc. was served with the Summons and Complaint on or about December 27, 2021. Defendant Jack Lee Patton was served on or about January 3, 2022. Copies of the State Court pleadings are attached as Exhibits A - G; the state court docket is attached as Exhibit F; and Plaintiff's Complaint is attached at Exhibit B.

2. Removal is timely because both named Defendants are removing this matter within 30 days after being served with the Plaintiffs' Complaint.

3. This Court has jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that, per the understanding of counsel undersigned, the amount in controversy in this matter exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states.

4. Defendant PLD Transport, Inc. is an Arkansas Corporation with its principal place of business in the city of Malvern, State of Arkansas.

5. Defendant PLD Transport, Inc. was served with Plaintiffs' Complaint on December 27, 2021.

6. Defendant Jack Lee Patton is a resident of the State of Arkansas.

7. Defendant Jack Lee Patton was served with Plaintiffs' Complaint on January 3, 2022.

8. Plaintiff's Complaint states that Plaintiffs are residents of the State of Arizona. (*See* Plaintiff's Complaint, Ex. B, at ¶¶2, 3).

9. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the District of Arizona, which is the district in which the civil court action is pending.

10. This Notice of Removal is timely filed with this Court, pursuant to 28 U.S.C. § 1446(b).

11. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit G.

WHEREFORE, Defendants respectfully request that this action be removed to this Court.

DATED this 24th day of January, 2022.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Matthew B. Baltierra*
Matthew B. Baltierra
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Jack Lee Patton and PLD Transport, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Marc D. Bleaman
Elizabeth L. Warner
BLEAMAN LAW FIRM, P.C.
3507 N. Campbell Ave. Suite 111
Tucson, AZ 85718
mbleaman@bleamanlawfirm.com
ewarner@bleamanlawfirm.com
Attorneys for Plaintiffs

*/s/ Rebecca Camelio*