Alvaro E. Fernandez and Maricela Reyes v. Jack Lee Patton and PLD Transport, Inc.
<u>Removal Exhibits</u>

Exhibit A        Summons'

Exhibit B        Complaint

Exhibit C        State Court Civil Cover Sheet

Exhibit D        FASTAR Certificate

Exhibit E        Pima County Superior Court Civil Case History/Docket

Exhibit F        Notice of Filing Notice of Removal

**EXHIBIT A**

Person/Attorney Filing: Marc D Bleaman
Mailing Address: 3507 N. Campbell Ave., Suite 111
City, State, Zip Code: Tucson, AZ 85719
Phone Number: (520)323-1808
E-Mail Address: evelasquez@bleamanlawfirm.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016378, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

ALVARO FERNANDEZ, et al.
Plaintiff(s),
v.
JACK LEE PATTON, et al.
Defendant(s).

Case No.  C20215717

**SUMMONS**

HON. CASEY F MCGINLEY

To: XYZ CORPORATIONS 1-10

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 110 West Congress</u>
   <u>Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's</u>
   <u>approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZturboCourt.gov Form Set #6330768

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 12/3/2021

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
_____
          Deputy Clerk

AZturboCourt.gov Form Set #8330768

2

Person/Attorney Filing: Marc D Bleaman
Mailing Address: 3507 N. Campbell Ave., Suite 111
City, State, Zip Code: Tucson, AZ 85719
Phone Number: (520)323-1808
E-Mail Address: evelasquez@bleamanlawfirm.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016378, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

ALVARO FERNANDEZ, et al.
Plaintiff(s),
v.
JACK LEE PATTON, et al.
Defendant(s).

Case No.  C20215717

**SUMMONS**

HON. CASEY F MCGINLEY

To: ABC PARTNERSHIPS 1-10

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 110 West Congress
   Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. · If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 12/3/2021

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
_____
          Deputy Clerk

Person/Attorney Filing: Marc D Bleaman
Mailing Address: 3507 N. Campbell Ave., Suite 111
City, State, Zip Code: Tucson, AZ 85719
Phone Number: (520)323-1808
E-Mail Address: evelasquez@bleamanlawfirm.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016378, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

ALVARO FERNANDEZ, et al.
Plaintiff(s),
v.
JACK LEE PATTON, et al.
Defendant(s).

Case No.  C20215717

**SUMMONS**

HON. CASEY F MCGINLEY

To: JANE DOES 1-10

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress
   Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZTurboCourt.gov Form Set #63307/88

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of PIMA



SIGNED AND SEALED This Date: 12/3/2021

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
            Deputy Clerk

AZturboCourt.gov Form Set #6330768

Person/Attorney Filing: Marc D Bleaman
Mailing Address: 3507 N. Campbell Ave., Suite 111
City, State, Zip Code: Tucson, AZ 85719
Phone Number: (520)323-1808
E-Mail Address: evelasquez@bleamanlawfirm.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016378, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

ALVARO FERNANDEZ, et al.
Plaintiff(s),
v.
JACK LEE PATTON, et al.
Defendant(s).

Case No.  C20215717

**SUMMONS**

HON. CASEY F MCGINLEY

To: JOHN DOES 1-10

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress
   Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZturboCourt.gov Form Set #8330768

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 12/3/2021

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
                    Deputy Clerk

Person/Attorney Filing: Marc D Bleaman
Mailing Address: 3507 N. Campbell Ave., Suite 111
City, State, Zip Code: Tucson, AZ 85719
Phone Number: (520)323-1808
E-Mail Address: evelasquez@bleamanlawfirm.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016378, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

ALVARO FERNANDEZ, et al.
Plaintiff(s),
v.
JACK LEE PATTON, et al.
Defendant(s).

Case No.  C20215717

**SUMMONS**

HON. CASEY F MCGINLEY

To: PLD TRANSPORT, INC.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress
   Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZTurboCourt.gov Form Set #8330768

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of PIMA



SIGNED AND SEALED This Date: 12/3/2021

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
           Deputy Clerk

2

Person/Attorney Filing: Marc D Bleaman
Mailing Address: 3507 N. Campbell Ave., Suite 111
City, State, Zip Code: Tucson, AZ 85719
Phone Number: (520)323-1808
E-Mail Address: evelasquez@bleamanlawfirm.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016378, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| ALVARO FERNANDEZ, et al.<br>Plaintiff(s),<br>v.<br>JACK LEE PATTON, et al.<br>Defendant(s). | Case No.  C20215717<br><br>**SUMMONS**<br><br>HON. CASEY F MCGINLEY |

To: JANE DOE PATTON

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 110 West Congress</u>
   <u>Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's</u>
   <u>approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZturboCourt.gov Form Set #8330768

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 12/3/2021

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
_____
        Deputy Clerk

2

Person/Attorney Filing: Marc D Bleaman
Mailing Address: 3507 N. Campbell Ave., Suite 111
City, State, Zip Code: Tucson, AZ 85719
Phone Number: (520)323-1808
E-Mail Address: evelasquez@bleamanlawfirm.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016378, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF PIMA

ALVARO FERNANDEZ, et al.
Plaintiff(s),
v.
JACK LEE PATTON, et al.
Defendant(s).

Case No.  C20215717

**SUMMONS**

HON. CASEY F MCGINLEY

To: JACK LEE PATTON

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 110 West Congress
   Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 12/3/2021

Gary Harrison
Clerk of the Superior Court

By:    ALAN WALKER /s/
                Deputy Clerk

AZturboCourt.gov Form Set 88330768

2

**EXHIBIT B**

FILED
Gary Harrison
CLERK, SUPERIOR COURT
12/3/2021 2:21:44 PM
BY: ALAN WALKER /S/
DEPUTY

Marc D. Bleaman, State Bar Number 016378
Elizabeth L. Warner, State Bar Number 023039
**BLEAMAN LAW FIRM, P.C.**
3507 N. Campbell Ave. Suite 111
Tucson, AZ 85718
Telephone: (520) 323-1808
Facsimile:  (520) 323-0463
mbleaman@bleamanlawfirm.com
ewarner@bleamanlawfirm.com
Attorneys for Plaintiffs

Case No. C20215717
HON. CASEY F MCGINLEY

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| ALVARO E. FERNANDEZ; a single man, and MARICELA REYES; a single woman,<br><br>     Plaintiffs,<br><br>vs.<br><br>JACK LEE PATTON and JANE DOE PATTON, husband and wife; PLD TRANSPORT, INC., an Arkansas corporation; JOHN DOES 1-10; JANE DOES 1-10; ABC PARTNERSHIPS 1-10; XYZ CORPORATIONS 1-10; Inclusive,<br><br>    Defendants. | No.<br><br>**COMPLAINT** |

Plaintiffs Alvaro E. Fernandez and Maricela Reyes, by and though undersigned counsel, for their claims against Defendants Jack Lee Patton, Jane Doe Patton, and PLD Transport, Inc., state and allege as follows:

1.    Venue and jurisdiction are proper.

2.    Plaintiff Alvaro E. Fernandez is a single man residing in Pima County,

BLEAMAN
LAW FIRM, P.C.

Arizona.

3.      Plaintiff Maricela Reyes is a single woman residing in Pima County, Arizona.

4.      Upon information and belief, Defendants Jack Lee Patton and Jane Doe Patton are husband and wife and were at all relevant times acting for the benefit of the marital community and residing in Hot Springs County, Arkansas.

5.      Upon information and belief, Defendant PLD Transport, Inc. is an Arkansas corporation with USDOT Number 977650, with its principal place of business in Hot Springs County, Arkansas, and authorized to operate and conduct business within the state of Arizona.

6.      Defendants John Does and Jane Does 1-10 are individuals or married couples whose identities are presently unknown to Plaintiffs and who committed some or all acts complained of herein.  Leave of court is sought to Amend the Complaint to include the correct names as may be required and as identified.

7.      Defendants ABC Partnerships 1-10 and/or XYZ Corporations 1-10 are Arizona or foreign corporations and/or general or limited partnerships whose identities are presently unknown to Plaintiff, and who committed some or all of the acts complained of herein.  Leave of court is sought to Amend the Complaint to include the correct names as may be required and as identified.

8.      The subject collision occurred in Pinal County, Arizona.

9.      On December 7, 2019, Plaintiff Alvaro E. Fernandez was in the number three lane traveling east on Interstate 10 near milepost 219 in Pinal County, Arizona.  Plaintiff

2

**BLEAMAN**
**LAW FIRM, P.C.**

Maricela Reyes was a passenger in Plaintiff Alvaro E. Fernandez's vehicle. Defendant Jack Lee Patton was driving a Freightliner truck next to Plaintiffs in the number two lane. Defendant Patton attempted to make a lane change from the number two lane to the number three lane without ensuring the number three lane was clear, and he struck the driver's side of Plaintiffs' vehicle.

10.     Upon information and belief, Defendant Jack Lee Patton was in the course and scope of employment with Defendant PLD Transport, Inc., at the time of the collision.

11.     Defendant Jack Lee Patton had a duty of care to operate his vehicle in a safe and prudent manner to avoid causing a motor vehicle collision with any other vehicles, a duty to maintain a proper lookout while operating his motor vehicle, and a duty to change lanes only when the movement can be made with safety and without colliding with other vehicles.

12.     Defendant Jack Lee Patton breached his duty of care toward Plaintiff when he operated his vehicle in a reckless, unsafe, and unlawful manner, failed to maintain a proper lookout, and changed lanes without first ascertaining that the movement could be made with safety and caused a motor vehicle collision.

13.     Defendant Jack Lee Patton's conduct was negligent per se and in violation of A.R.S. §28-729.

14.     Defendant PLD Transport, Inc. negligently entrusted its vehicle to Defendant Jack Lee Patton and negligently permitted Defendant Jack Lee Patton to operate its motor vehicle.

3

**BLEAMAN**
**LAW FIRM, P.C.**

15.     Upon information and belief, at all relevant times Defendant Jack Lee Patton was acting as Defendant PLD Transport Inc.'s agent, and as a result, Defendant PLD Transport, Inc. is vicariously liable for Defendant Jack Lee Patton's negligence.

16.     Defendants' negligence was the proximate cause of Plaintiffs' injuries and damages.

17.     As a direct and proximate result of the negligence of Defendants, Plaintiffs sustained injuries requiring medical and health care, past and future, in an amount within the jurisdiction of this court to be proven at trial.

18.     As a direct and proximate result of Defendants' negligence, Plaintiffs suffered serious personal injuries and disabilities.

19.     As a direct and proximate result of the above personal injuries, Plaintiffs incurred medical treatment and medical bills and will incur medical treatment and bills in the future.

20.     As a direct and proximate result of the negligence of Defendants and the above-mentioned injures, Plaintiffs incurred pain and suffering, present, past, and future, in an amount within the jurisdiction of this court to be proven at trial.

21.     As a direct and proximate result of the negligence of Defendants, Plaintiffs sustained property damage and loss of use.

22.     As a direct and proximate result of the negligence of Defendants and the above-mentioned injures, Plaintiffs sustained lost wages.

23.     Pursuant to Ariz. R. Civ. P. 8(b)(2), Plaintiffs' damages are such as to qualify

4

BLEAMAN
LAW FIRM, P.C.

for Tier 2 as defined by Ariz. R. Civ. P. 26.2(c)(3)(B).

WHEREFORE, Plaintiffs are entitled to judgment in their favor and against Defendants for the following relief:

1.      For a fair and reasonable amount to properly compensate Plaintiffs for their past and future medical and health care expenses.

2.      For a fair and reasonable amount to properly compensate Plaintiffs for their pain and suffering and emotional suffering, both past and future.

3.      For a fair and reasonable amount to properly compensate Plaintiffs for their property damage and loss of use.

4.      For a fair and reasonable amount to properly compensate Plaintiffs for their lost wages.

5.      For costs incurred.

6.      For such further and additional relief as the court deems proper under the circumstances.

DATED this 3rd day of December, 2021.

**BLEAMAN LAW FIRM, P.C.**

By *Marc D. Bleaman /s/*
        Marc D. Bleaman
        Elizabeth L. Warner
        Attorneys for Plaintiffs

5

**EXHIBIT C**

FILED
Gary Harrison
CLERK, SUPERIOR COURT
12/3/2021 2:21:44 PM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20215717
HON. CASEY F MCGINLEY

# In the Superior Court of the State of Arizona
# In and For the County of Pima

**Plaintiff's Attorneys:**

Marc D Bleaman - Primary Attorney

Bar Number: 016378, issuing State: AZ

Law Firm: Bleaman Law Firm, P.C.

3507 N. Campbell Ave., Suite 111

Tucson, AZ 85719

Telephone Number: (520)323-1808

Email address: evelasquez@bleamanlawfirm.com


Elizabeth Lynn Warner

Bar Number: 023039, issuing State: AZ

Law Firm: Bleaman Law Firm, P.C.

Telephone Number: (520)323-1808


**Plaintiffs:**

ALVARO FERNANDEZ


MARICELA REYES


**Defendants:**

JACK LEE PATTON


JANE DOE PATTON


PLD TRANSPORT, INC.


JOHN DOES 1-10


JANE DOES 1-10


ABC PARTNERSHIPS 1-10


XYZ CORPORATIONS 1-10


Discovery Tier t2

AZturboCourt.gov Form Set #6330768

Case Category: Tort Motor Vehicle
Case Subcategory: Non-Death/Personal Injury

**EXHIBIT D**

FILED
Gary Harrison
CLERK, SUPERIOR COURT
12/3/2021 2:21:44 PM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20215717
HON. CASEY F MCGINLEY

PERSON/ATTORNEY FILING: Marc D Bleaman
MAILING ADDRESS: 3507 N. Campbell Ave., Suite 111
CITY, STATE, ZIP CODE: Tucson, AZ 85719
PHONE NUMBER: (520)323-1808
E-MAIL ADDRESS: evelasquez@bleamanlawfirm.com
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 016378, Issuing State: AZ

## ARIZONA SUPERIOR COURT, PIMA COUNTY

ALVARO FERNANDEZ, et al.
Plaintiff(s),

V.

CASE NO: _____

JACK LEE PATTON, et al.
Defendant(s).

**RULE 102a FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101b

and certifies that this case:

## (NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)

☒ **DOES** meet the eligibility criteria established by Rule 101b; or

☐ **DOES NOT** meet the eligibility criteria established by Rule 101b.

Dated: _____

Marc D Bleaman /s/_____
SIGNATURE

AZturboCourt.gov Form Set #6330768

# EXHIBIT E

# Website Record Search
## Clerk of Superior Court
## Electronic Documents Online



### Enter Search Criteria -

Last OR Bus. Name

First:

Case Number    C20215717



○ Case Number

○ Name

[ Search ]

☐ **Name Search Mini-List?**

[Website Case Search Help](#)

[Minute Entry Search by Hearing Officer](#)



### Case Information

| | |
|---|---|
| Case Number: | C20215717 |
| Filing Date: | 12/3/2021 |
| Caption: | ALVARO FERNANDEZ ET AL. VS. JACK LEE |
| Judge: | CASEY F MCGINLEY |



### Party Information

| Party Full Name | Party Role |
|---|---|
| ALVARO FERNANDEZ | Plaintiff |
| MARICELA REYES | Plaintiff |
| JACK LEE PATTON | Defendant |
| PLD TRANSPORT, INC. | Defendant |

# EXHIBIT F

1  Matthew B. Baltierra, Bar #031174
   JONES, SKELTON & HOCHULI P.L.C.
2  40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
3  Telephone:  (602) 263-7355
   Fax:  (602) 200-7851
4  mbaltierra@jshfirm.com
   minuteentries@jshfirm.com
5
   Attorneys for Defendants JACK LEE PATTON
6  and PLD TRANSPORT, INC.

7           **SUPERIOR COURT OF THE STATE OF ARIZONA**

8                      **COUNTY OF PIMA**

9  ALVARO E. FERNANDEZ; a single man,        NO. C20215717
   and MARICELA REYES; a single woman,
10                                            **NOTICE OF FILING NOTICE OF**
                            Plaintiffs,       **REMOVAL**
11
                                             (Assigned to the Honorable Casey F.
12         v.                                 McGinley)

13 JACK LEE PATTON and JANE DOE
   PATTON, husband and wife; PLD
14 TRANSPORT, INC., an Arkansas
   corporation; JOHN DOES 1-10; JANE
15 DOES 1-10; ABC PARTNERSHIPS 1-10;
   XYZ CORPORATIONS 1-10; Inclusive,
16
                            Defendants.
17

18         Defendants, PLD Transport, Inc. and Jack Lee Patton (collectively "Defendants"),

19 through undersigned counsel, hereby provide notice to the Court and Plaintiff that they have filed

20 a Notice of Removal of the above-captioned matter from Superior Court of the State of Arizona,

21 to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1441, and

22 1446.

23         A copy of the Notice of Removal which was filed with the US District Court for the

24 District of Arizona, exclusive of Exhibits, is attached hereto as **Exhibit A**.

25

1    DATED this 24th day of January, 2022.

2                                    JONES, SKELTON & HOCHULI P.L.C.

3

4                                    By /s/ Matthew B. Baltierra
                                        Matthew B. Baltierra
5                                       40 N. Central Avenue, Suite 2700
                                        Phoenix, Arizona 85004
6                                       Attorneys for Defendants JACK LEE PATTON and
                                        PLD TRANSPORT, INC.
7

8   ORIGINAL of the foregoing electronically filed
    this 24th day of January, 2022.
9

10  COPY of the foregoing mailed/e-mailed
    this 24th day of January, 2022, to:
11

12  Marc D. Bleaman
    Elizabeth L. Warner
13  BLEAMAN LAW FIRM, P.C.
    3507 N. Campbell Ave. Suite 111
14  Tucson, AZ 85718
    mbleaman@bleamanlawfirm.com
15  ewarner@bleamanlawfirm.com
    Attorneys for Plaintiffs

16

17   /s/ Rebecca Camelio

18

19

20

21

22

23

24

25

26

# EXHIBIT A

1
2
3
4
Matthew B. Baltierra, Bar #031174
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-7355
Fax:  (602) 200-7851
mbaltierra@jshfirm.com

5
6
Attorneys for Defendants Jack Lee Patton and
PLD Transport, Inc.

7

## UNITED STATES DISTRICT COURT

8

## DISTRICT OF ARIZONA

| | |
|---|---|
| Alvaro E. Fernandez; a single man, and Maricela Reyes; a single woman,<br><br>Plaintiffs,<br><br>v.<br><br>Jack Lee Patton and Jane Doe Patton, husband and wife; PLD Transport, Inc., an Arkansas corporation; John Does 1-10; Jane Does 1-10; ABC partnerships 1-10; XYZ Corporations 1-10; Inclusive,<br><br>Defendants. | No. TBD<br><br>**Notice of Removal** |

Defendants Jack Lee Patton and PLD Transport, Inc. (collectively "Defendants"), through undersigned counsel, hereby file this Notice of Removal of this action to the United States District Court, for the District of Arizona and states as follows:

1. On or about December 3, 2021, Plaintiff filed a Complaint against Defendant in the Superior Court of Arizona, in and for the County of Pima, under the caption *"Alvaro Fernandez, et al., Individually v. PLD Transport, Inc., et al."* Defendant PLD Transport, Inc. was served with the Summons and Complaint on or about December 27, 2021.  Defendant Jack Lee Patton was served on or about January 3, 2022. Copies of the State Court pleadings are attached as Exhibits A - G; the state court docket is attached as Exhibit F; and Plaintiff's Complaint is attached at Exhibit B.

2. Removal is timely because both named Defendants are removing this matter within 30 days after being served with the Plaintiffs' Complaint.

3.  This Court has jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that, per the understanding of counsel undersigned, the amount in controversy in this matter exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states.

4.  Defendant PLD Transport, Inc. is an Arkansas Corporation with its principal place of business in the city of Malvern, State of Arkansas.

5.  Defendant PLD Transport, Inc. was served with Plaintiffs' Complaint on December 27, 2021.

6.  Defendant Jack Lee Patton is a resident of the State of Arkansas.

7.  Defendant Jack Lee Patton was served with Plaintiffs' Complaint on January 3, 2022.

8.  Plaintiff's Complaint states that Plaintiffs are residents of the State of Arizona.  (*See* Plaintiff's Complaint, Ex. B, at ¶¶2, 3).

9.  Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the District of Arizona, which is the district in which the civil court action is pending.

10. This Notice of Removal is timely filed with this Court, pursuant to 28 U.S.C. § 1446(b).

11. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit G.

WHEREFORE, Defendants respectfully request that this action be removed to this Court.

DATED this 24th day of January, 2022.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Matthew B. Baltierra
Matthew B. Baltierra
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Jack Lee Patton
and PLD Transport, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January, 2022, I caused the foregoing

document to be filed electronically with the Clerk of Court through the CM/ECF System

for filing; and served on counsel of record via the Court's CM/ECF system.

Marc D. Bleaman
Elizabeth L. Warner
BLEAMAN LAW FIRM, P.C.
3507 N. Campbell Ave. Suite 111
Tucson, AZ 85718
mbleaman@bleamanlawfirm.com
ewarner@bleamanlawfirm.com
Attorneys for Plaintiffs

/s/ Rebecca Camelio

3